IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD EUGENE GRAY, JR., | No. 2:22-CV-0555-DMC-P |
| Plaintiff, | |
| v. | ORDER |
| HIGGINS, et al., | |
| Defendants. | |

Plaintiff, a federal prisoner proceeding pro se, brings this civil rights action. Pursuant to Eastern District of California Local Rules, this case was not assigned to a District Judge when the case was filed. The parties have not consented to Magistrate Judge jurisdiction and the Court now finds that assignment of a District Judge is necessary to properly address the case.

Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court is directed to randomly assign a District Judge and to update the docket to reflect the new case number.

Dated: September 12, 2022

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1